UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAB LIGHTING INC., <br><br> Plaintiff, <br><br> v. <br><br> ABB LIGHTING, INC., GENERPOWER (SHANGHAI) CO., LTD AND GP ENERGY (SHANGHAI) CO., LTD, <br><br> Defendants. | ECF Case <br><br> Civil Action No. 16-cv-3026 (AKH) <br><br> Hon. Alvin K. Hellerstein <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Constance R, Lindman, hereby move this Court for an Order for admission to practice *Pro Hac Vice* and appear as counsel for Plaintiff RAB Lighting Inc. in the above-captioned action.

I am in good standing of the Bar of the state of Indiana and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 26, 2016

_____
Constance R. Lindman, Esq.
SmithAmundsen, LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204
Phone (317) 464-4100
Fax (317) 464-4101
clindman@salawus.com

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Interim Clerk of the Supreme Court of Indiana, do hereby certify that

### CONSTANCE REGINA LINDMAN

is a member of the bar of said Court since admission on May 13, 1998, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 26th day of April, 2016.

GREGORY R. PACHMAYR
INTERIM CLERK, SUPREME COURT OF INDIANA