AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| RAB LIGHTING INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> ABB LIGHTING, INC., GENERPOWER (SHANGHAI) CO., LTD AND GP ENERGY (SHANGHAI) CO., LTD <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 16cv3026 ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ABB LIGHTING, INC.
1501 Industrial Way N
Toms River, NJ 08755

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANTHONY J. LAURA, ESQ.
EPSTEIN BECKER & GREEN, P.C.
ONE GATEWAY CENTER, 13TH FL
NEWARK, NEW JERSEY 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  04/25/2016                       /s/ L. Aquino
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ABB Lighting, Inc.
was received by me on *(date)* 04/25/2016

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Greg Murphy-President , who is
designated by law to accept service of process on behalf of *(name of organization)* ABB Lighting, Inc
on *(date)* 04/26/2016 ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify):* At Address: 111 West Harbor Drive, San Diego, Ca 92101 - 3:50pm

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 04/27/2016

*Server's signature*

Terry Lee McCraw
*Printed name and title*

Nationwide Legal LLC, 110 West C st. Ste. 1211
San Diego, CA 92101

*Server's address*

Additional information regarding attempted service, etc:
SEE ATTACHED DOCUMENT LIST

## DOCUMENT LIST

Complaint

Civil Case Cover Sheet

Individual Rules of the Honorable Alvin K. Hellerstein United Stated District Court Sothern District of New York

Civil Case Management Plan

Rule 7.1 Corporate Disclosure Statement

Electronic Case Filing Rules and Instructions

AO 120 form

Preservation Letter