IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAB LIGHTING INC.,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**ABB LIGHTING, INC., GENERPOWER (SHANGHAI) CO., LTD., AND GP ENERGY (SHANGHAI) CO., LTD.,**<br><br>　　　　　Defendants. | Civil Action No.: 1:16-cv-03026-AKH |

## SPECIAL NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David C. Radulescu, a partner at the law firm of Radulescu LLP, hereby enters his special appearance for the limited purpose for contesting the sufficiency of service of process as counsel of record for Defendants ABB Lighting, Inc., GenerPower (Shanghai) Co., Ltd., and GP Energy (Shanghai) Co., Ltd. in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: May 17, 2016

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ David C. Radulescu*

　　　　　　　　　　　　　　　　　　　　David C. Radulescu, Ph.D.
　　　　　　　　　　　　　　　　　　　　David@RadIP.com
　　　　　　　　　　　　　　　　　　　　RADULESCU LLP
　　　　　　　　　　　　　　　　　　　　The Empire State Building
　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 6910
　　　　　　　　　　　　　　　　　　　　New York, NY 10118
　　　　　　　　　　　　　　　　　　　　Telephone: (646) 502-5950
　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 502-5959

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants ABB Lighting, Inc., GenerPower (Shanghai) Co., Ltd., and GP Energy (Shanghai) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May 2016, a copy of the foregoing SPECIAL NOTICE OF APPEARANCE was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ David C. Radulescu
David C. Radulescu