```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
RAB LIGHTING INC.,

                      Plaintiff,

    -against-

ABB LIGHTING, INC., GENERPOWER
(SHANGHAI) CO., LTD AND GP ENERGY
(SHANGHAI) CO., LTD,

                      Defendants.
-------------------------------------------------------------- x

**ORDER DISMISSING CASE**

16 Civ. 3026 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

        SO ORDERED.

Dated: New York, New York
         February 3, 2017

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge