UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAB LIGHTING INC.,

    Plaintiff,

v.

ABOVE ALL LIGHTING INC.,
GENERPOWER (SHANGHAI) CO., LTD
AND GP ENERGY (SHANGHAI) CO., LTD

    Defendants.

ECF Case

Civil Action No.: 1:16-cv-03026-AKH

Hon. Alvin K. Hellerstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/17

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff RAB Lighting Inc. and Defendants Above All Lighting Inc. formerly known as ABB Lighting, Inc., Generpower (Shanghai) Co., Ltd., and GP Energy (Shanghai) Co. Ltd., (together, "the Parties"), by their respective counsel, hereby stipulate and agree that all claims and counterclaims asserted by and against the Parties in this action are hereby voluntarily dismissed with prejudice, with all rights of appeal waived, with each party to bear its own costs and attorneys' fees.

SO STIPULATED:

Dated: February 27, 2017

_____
Constance R. Lindman, Esq. (*pro hac vice*)
Eric Lamb, Esq. (*pro hac vice*)
Dennis Schell (*pro hac vice*)

Dated: February 27, 2017

_____
Mark H. Anania
Brian R. Lemon (admitted *pro hac vice*)
Matthew A. Sklar

MEI 24297286v 1

SmithAmundsen, LLC
201 N. Illinois Street, Suite 1400
Indianapolis, IN 46204
Phone (317) 464-4100
Fax (317) 464-4101
clindman@salawus.com
elamb@salawus.com
dschell@salawus.com

Anthony J. Laura, Esq.
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 642-1900
alaura@ebglaw.com

*Attorneys for Plaintiff RAB Lighting Inc.*

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

*Attorneys for Defendants
Above All Lighting, Inc., GenerPower
(Shanghai)Co., Ltd. and GP Energy
(Shanghai) Co., Ltd.*

**SO ORDERED:**

_____
U.S.D.J.

3-1-17   JS